[No. 11396-1-II. Division Two. January 29, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED A. KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-1-00001-8, Terence Hanley, J., entered October 1, 1987. *Affirmed in part* and *vacated in part* by unpublished opinion per Petrich, A.C.J., concurred in by Worswick, J., and Petrie, J. Pro Tem.

[No. 13298-2-II. Division Two. January 29, 1990.]

JEFF GREENWAY, ET AL, *Respondents*, v. GEORGE JOHNSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 88-2-00656-1, Paula Casey, J., entered October 18, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 12403-3-II. Division Two. January 29, 1990.]

CHRISTOPHER LEWIS, *Appellant*, v. STAR RENTALS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87-2-03319-3, J. Kelley Arnold, J., entered October 28, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Petrie, J. Pro Tem.